245 F.2d 959
 PRAIRIE VILLAGE PAY-LESS, Inc.,
v.
Stella LONG.
 No. 5645.
 United States Court of Appeals Tenth Circuit.
 July 16, 1957.
 
 Henry W. Buck, Kansas City, Mo., and N. E. Snyder, Kansas City, Kan., for appellant.
 Edward E. Schmitt, Kansas City, Mo., and Harley V. Haskin, Olathe, Kan., for appellee.
 Before BRATTON, Chief Judge, and PHILLIPS and LEWIS, Circuit Judges.
 PER CURIAM.
 
 
 1
 Dismissed on motion of appellee.